1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  ELLEN V. LEONIDA
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone:  (510) 637-3500

5  Counsel for Defendant HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4-CR-12-70417 (KW) |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER MODIFYING CONDITIONS OF** |
| vs. | ) | **PRETRIAL RELEASE** |
| | ) | |
| LAROND W. HARRIS, | ) | |
| | ) | **The Honorable Kandis A. Westmore** |
| Defendant. | ) | |
| | ) | |

Defendant, Larond Harris, through his counsel, Assistant Federal Public Defender Ellen V. Leonida, and Assistant United States Attorney W.S. Wilson Leung, stipulate and agree that the Court should modify the conditions of Mr. Harris' release to allow him to travel to the Eastern District of California and to reside there and be supervised in that district.  Mr. Harris made an initial appearance on a complaint in April 2012.  The Court released Mr. Harris on conditions, including the condition that he reside with his father Wendell Harris in Oakland, California.

Mr. Harris makes this request to change his residence because his father is moving to another state and will no longer be living in Oakland, California.  Mr. Harris requests permission to live with his sister, Shree Thomas, at 29 Restoration Court, Apartment C, in Sacramento, California, and he further requests that his father be removed as a custodian.  The parties intend

1  to add Mr. Harris' sister as a custodian at the next appearance.

2  Pretrial Services Officer Richard Sarlatte has no objection to this request to modify Mr.
3  Harris's pretrial release to allow him to travel and to live in the Eastern District of California.
4  Once this stipulation is processed and approved by the Court, Officer Sarlatte plans to arrange to
5  have Mr. Harris supervised out of the Eastern District of California.  The parties agree that all
6  other conditions of Mr. Harris' pretrial release shall remain in effect.  Mr. Harris and the parties
7  are next scheduled to appear before the Court on July 13, 2012, and plan to provide the Court
8  with a status regarding Mr. Harris' move to the Eastern District at that time.  The parties also
9  plan to ask the Court to add Shree Thomas as Mr. Harris' custodian.

10

11                                                                                   /S/
June 12, 2012                                             ELLEN V. LEONIDA
12                                                             Assistant Federal Public Defender

13

14 June 12, 2012                                             /S/
                                             W.S. WILSON LEUNG
15                                              Assistant United States Attorney

16

17

18

19

20

21

22

23

24

25

26

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LAROND W. HARRIS,<br><br>　　　　　Defendant. | No. 4-CR-12-70417 (KW)<br><br>[PROPOSED] ORDER MODIFYING<br>CONDITIONS OF PRETRIAL RELEASE<br><br>**The Honorable Kandis A. Westmore** |

For the reasons set forth in the stipulation of the parties above, it is ordered that the conditions of release previously set by the Court are modified to allow Larond Harris to travel to the Eastern District of California and to reside there with his sister Shree Thomas. It is further ordered that Wendell Harris is removed as a custodian. All other conditions of Mr. Harris' pretrial release shall remain in effect.

June 13, 2012

_____
KANDIS A. WESTMORE
United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
/s/ Kandis Westmore
Judge Kandis Westmore

Stipulation to Modify Pretrial Release, 4-CR-12-
70417 (KW)                                      3