GEOFFREY A. HANSEN
Acting Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ellen_leonida@fd.org

Counsel for Defendant
LAROND HARRIS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CR 12-652 PJH |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER MODIFYING BOND CONDITIONS |
| v. | |
| LAROND HARRIS, | |
| Defendant. | |

Mr. Harris was released on April 24, 2012, on a $75,000 unsecured bond signed by his sister, Sheree Thomas, and his father, Wendell Harris. Mr. Harris is currently on electronic monitoring, with his sister, Ms. Thomas, acting as custodian.

On August 31, 2012, the Court agreed, with the consent of the parties, to remove the electronic monitoring condition, provided that the sureties did not object. Defense counsel has spoken with both sureties and they have no objection to the removal of electronic monitoring as a condition of Mr. Harris' continued release.

Consequently, the parties stipulate and agree to a modification of Mr. Harris' release

conditions to delete the requirement that he be subjected to electronic monitoring.

Dated: September 5, 2012           /S/
                                   WILSON LEUNG
                                   Assistant United States Attorney

Dated: September 5, 2012           /S/
                                   ELLEN LEONIDA
                                   Assistant Federal Public Defender

CR 12-652 PJH
Stipulation and [Proposed] Order Modifying
Bond Conditions                    2

1 **ORDER**

2 GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, IT IS HEREBY
3 ORDERED that the condition of Larond Harris' pre-trial release be modified to delete the
4 requirement that he be subject to electronic monitoring.

6 IT IS SO ORDERED.

8 DATED: 09/13/12

*Kandis Westmore*
HON. KANDIS WESTMORE
United States Magistrate Judge

CR 12-652 PJH
Stipulation and [Proposed] Order Modifying
Bond Conditions                      3